■ GRACE L. DUBENDORF et al., Doing Business as GRA-MAR HALL et al., Respondents, v NEW YORK STATE EDUCATION DEPARTMENT, Appellant, et al., Defendants.—Appeal dismissed, without costs, upon stipulation. (Appeal from order of Monroe Supreme Court—contempt.) Present—Cardamone, J. P., Schnepp, Callahan, Doerr and Moule, JJ. [97 Misc 2d 382.]